## March 1, 2012

| | | |
|---|---|---|
| CAAP–11–00 00167 | State v. Zulueta | Affirmed |